# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| RUSTON LOUISIANA HOSPITAL CO., LLC | * | CIVIL ACTION NO. 3:18-CV-0881 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| LINCOLN HEALTH FOUNDATION, INC. | * | MAG. JUDGE KAREN L. HAYES |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, after de novo review following objections to same, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendant's motion to dismiss for failure to state a claim [Doc. No. 5] is **DENIED**. Defendant's defenses require evidence which cannot be considered in a Rule 12(b)(6) motion.

MONROE, LOUISIANA, this 4th day of December, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**